Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of allowing the defendant counsel fee in the amount of seventy-five dollars. All concurred.

In the Matter of Proving the Last Will and Testament of MARY A. LAMOREE, Deceased. MARTHA S. PELTON, Appellant; EDITH L. NORTON and Another, as Administrators, etc., of STELLA K. STRONG, Executrix, etc., Deceased, Respondents.— Order affirmed, with costs. All concurred.

MARTIN D. BUCKLEY, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MICHAEL TABACZYNSKI, as Administrator, etc., Respondent, v. FRANK B. MALECKI, Appellant.— Judgment and order affirmed, with costs. All concurred.

MICHAEL TABACZYNSKI, as Administrator, etc., Respondent, v. FRANK B. MALECKI, Appellant.— Order denying motion for new trial on ground of newly-discovered evidence affirmed, with costs. All concurred.

THE CITY OF BUFFALO, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

ALBERT G. MOSHER, Respondent, v. ESTELLA BLANCHARD and Another, Appellants.— Motion granted and appeal dismissed, with costs.

ISAAC LAGRANGE, Respondent, v. ELMIRA, CORNING AND WAVERLY RAILWAY, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready for argument by May sixteenth and shall pay to respondent's attorney ten dollars.

GUISEPPE QUARATIELLI and Others, Respondents, v. ANTHONY SILEO, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready for argument by May sixteenth and shall pay to respondent's attorney ten dollars.

JOHN A. SANDS, an Infant, etc., Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Motion granted and appeal dismissed, with costs.

PATRICK CRANNEY, as Administrator, etc., Respondent, v. FRANK HERRLING, Appellant.— Motion granted and appeal dismissed, with costs.

JOHN KRAMER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to dismiss appeal denied and case put over term, upon condition that appellant pay to respondent's attorney ten dollars.

WARREN REFINING AND CHEMICAL COMPANY, Appellant, v. JAMES O. SEBRING, Respondent.— Motion to dismiss appeal denied, with ten dollars costs.

In the Matter of the Probate of the Last Will and Testament of HANNAH C. GRIFFITH, Deceased. ANNA S. SHEPARD, Appellant; HELEN F. CULVER, Respondent.— Appeal dismissed, with costs, upon the ground that the order is not appealable. (See *Kingsway Construction Co.* v. *Metropolitan Life Ins. Co.*, 161 App. Div. 649.) All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MABEL L. SAFFORD, Committee, etc., of EDGAR R. BOLLES, an Incompetent Person, Appellant, v. EDWARD A. WASHBURN, Surrogate for Genesee County, and Others,